

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

| | |
|---|---|
| Palmer R. Ross, Appellant | Appeal from the 7th District Court of Smith County, Texas (Tr. Ct. No. 007-0263-11). |
| No. 06-13-00252-CR      v. | Memorandum Opinion delivered by Justice Carter, Chief Justice Morriss and Justice |
| The State of Texas, Appellee | Moseley participating. |

As stated in the Court's opinion of this date, we find no error in the judgment of the court below.  We affirm the judgment of the trial court.

We note that the appellant, Palmer R. Ross, has adequately indicated his inability to pay costs of appeal.  Therefore, we waive payment of costs.

RENDERED APRIL 30, 2014
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk